IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC

          Plaintiff,

vs.

JOHN DOES 1-23,

          Defendants.

CIVIL ACTION NO. 5:12-cv-04442

# ORDER

**AND NOW**, this 3rd day of April, 2013, upon consideration of Defendant John Doe #4's Motion to Quash Subpoena (Dkt. No. 9) filed on December 3, 2012, Plaintiff's Memorandum in Opposition (Dkt. No. 17) filed on December 17, 2012, Defendant John Doe #9's Motion to Quash Subpoena Served on Comcast and/or Issue a Protective Order (Dkt. No. 16) filed on December 14, 2012, Defendant John Doe #9's Brief in Support of Motion (Dkt. No. 23) filed on December 26, 2012, Plaintiff's Memorandum in Opposition (Dkt. No. 24) filed on December 28, 2012, Defendant John Doe # 15's Motion to Quash Subpoena (Dkt. No. 14) filed on December 10, 2012, Plaintiff's Memorandum in Opposition to Doe # 15's Motion to Quash (Dkt. No. 18) filed on December 19, 2012, and for the reasons set forth in the foregoing Memorandum,

**IT IS ORDERED** that the Motions are **GRANTED** in part and **DENIED** in part[1] as follows:

---

[1] Defendants' Motions to Quash Plaintiff's Subpoenas are denied, but Defendants' requests for a Protective Order are granted pursuant to the terms set forth in the attached Memorandum. This Order neither addresses the dispositive relief requested by John Doe Defendant #15 nor the Motion to Sever requested by John Doe Defendant #9. Pursuant to the Honorable James Knoll Gardner's Standing Order dated March 19, 2007, discovery disputes are to be resolved by the undersigned.

(1) The Motions to Quash Plaintiff's Subpoenas filed by John Doe Defendants #4, #9, and #15 are **DENIED**; and

(2) The requests for a Protective Order are **GRANTED** pursuant to the terms set forth in the foregoing Memorandum.

BY THE COURT:

*/s/ Henry S. Perkin*_____
HENRY S. PERKIN
United States Magistrate Judge